IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-21135
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERVIN LUVEAIL FONTENOT, also known as
"Iron" Fontenot,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-99-CR-411-1
--------------------
December 13, 2000

Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Ervin Luveail Fontenot appeals his convictions on three counts of making a false statement to a licensed firearms dealer in an attempt to obtain a firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2). He first contends that the district court committed plain error in issuing the jury instructions. He has not shown that any error made by the district court affected substantial rights. See United States v. Polk, 118 F.3d 286, 294-95 (5th Cir. 1997); United States v. Olano, 507 U.S. 725,

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

732-35 (1993).  Fontenot also contends that the district court erred when it sustained the Government's objection to a defense request to review a government witness's personal firearms license.  He has failed to show that the court abused its discretion in its ruling.  Consequently, Fontenot's conviction is AFFIRMED.